LAWRENCE G. WASDEN
Attorney General
State of Idaho
Office of the Attorney General

KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER PERLOT, MARK MILLER, and RYAN ALEXANDER,<br><br>Plaintiffs,<br><br>v.<br><br>C. SCOTT GREEN, President of the University of Idaho, BLAINE ECKLES, Dean of Students, ERIN AGIDIUS, Director of the Office of Civil Rights & Investigations, and LINDSAY EWAN, Deputy Director of the Office of Civil Rights and Investigations, all individually and all in their official capacities.<br><br>Defendants. | Case No. 3:22-cv-00183-DCN<br><br>**DECLARATION OF LINDSAY EWAN** |

LINDSAY EWAN, being first duly sworn upon oath, deposes and states:

  1.  I am an adult citizen of the United States, am competent to testify to the matters stated herein, and make this declaration based on my own personal knowledge.

**DECLARATION OF LINDSAY EWAN - 1**

2. I am the Deputy Director of the University of Idaho's Office of Civil Rights and Investigations ("OCRI") and at all relevant times served in that capacity.

3. As Deputy Director I oversee and conduct investigations within the purview of OCRI to include meeting with complainants, witnesses to events, and respondents to complaints.

4. On April 1, 2022, the University of Idaho College of Law (College of Law) held a moment of community (Unity Event) to support and acknowledge students and member of the College of Law community who identify as LGBTQA. The College of Law was concerned about LGBTQA students being increasingly marginalized due to several ongoing issues at the College of Law. For example, a written homophobic slur was written in public view at the Boise campus on or around March 21, 2022. The slur was reported to several College of Law personnel and OCRI.

5. It was reported to me through my position with OCRI in an interview of a student member of the LGBTQIA+ ("Jane Doe") that various faculty, staff, and students began gathering for the Unity Event in the Moscow campus College of Law main foyer at approximately 8:15 a.m. Jane Doe identifies as a Queer female and attended the Unity Event wrapped in a Pride flag. Prior to the event beginning, Professor Richard Seamon requested everyone move outside to the front steps of the College of Law.

6. Professor Seamon conducted a prayer and after its conclusion, Jane Doe asked Mark Miller to confirm how he could extend an offer of love to the Queer community when the Christian Legal Society ("CLS"), an organization in which Miller was a member, prevented people like Jane Doe, on the basis of their sexual identity, from eligibility in CLS organizational leadership.

**DECLARATION OF LINDSAY EWAN - 2**

7. Jane Doe asked Miller why CLS prohibited gay students from fully participating in CLS. Miller and other members of CLS, including Peter Perlot, began to make statements that homosexuality was a sin and sinners would "swing from the gallows of hell." Jane Doe began to cry.

8. Ms. Doe reported that Plaintiffs targeted her at the event and in the days that followed.  Ms. Doe reported the following conduct as targeting behavior: she was told that she would go to hell for no other reason beyond her sexuality, that her relationship with her partner was an example of living in sin, that CLS believed that Ms. Doe could seek forgiveness and change her sexuality; her private study carrel space was violated with messaging she interpreted as one of the Plaintiffs' efforts to proselytize about extreme hateful religious dogma that Ms. Doe emphatically rejects; and selective biblical scripture were weaponized against her sexuality and touted as the only truth to bring her to a place of acceptance and inclusivity.

9. In the days following the Unity Event, the American Bar Association ("ABA") arrived at the College of Law and hosted open times for College of Law students to discuss their student experiences, including any concerns. Students with different perspectives shared their concerns with the ABA, including Jane Doe and Ryan Alexander. In tandem with the ABA's arrival, OCRI was becoming increasingly aware of concerns stemming from the Unity Event. Other students reached out to University and College of Law administration and OCRI to discuss their concerns.

10. Jane Doe reported to me that the Unity Event, in conjunction with behavior at the ABA forum, made her feel targeted and unsafe.  Jane Doe also reported to me that Perlot, who did not share carrel space with Jane Doe, located her study carrel and left her a note. Jane Doe was so

**DECLARATION OF LINDSAY EWAN - 3**

frightened by Perlot seeking her out specifically, that she left class immediately and has not returned to class in person.

11.     Between April 1 and April 7, 2022, OCRI reviewed the various communications shared with them; met with Jane Doe; documented her concerns; reviewed the relevant material in their possession to date; and gained a better understanding of voluminous LGBTQA community fears about their safety at the College of Law.  Jane Doe was adamant that she felt harassed due to her sexual identity and did not want further contact from Miller, Perlot, or Alexander. Nor did Jane Doe want to contact them; she requested the issuance of a mutual no-contact order prohibiting her and the individuals from communicating.  Acting in the scope of my employment and consistent with federal law and University policies and procedures, on April 7, 2022, myself and Erin Agidius of OCRI, issued non-punitive mutual no-contact orders prohibiting Jane Doe from contacting the plaintiffs and prohibiting each of the plaintiffs from further contacting Jane Doe.

12.     OCRI did not initiate a formal investigation; nor did Jane Doe elevate her concerns to a formal Title IX Complaint. Rather, OCRI assessed the collective material available to it and issued mutual no-contact orders as a Supportive Measure pursuant to Title IX, the federal law governing their approach to Jane Doe's concerns about her safety and ability to continue participating in her educational programs and activities.

I declare under penalty of perjury pursuant to the laws of the state of Idaho that the foregoing is true and correct.

DATED this 16th day of May, 2022.

/s/ *Lindsay Ewan*
LINDSAY EWAN

**DECLARATION OF LINDSAY EWAN - 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew C. Williams  
WILLIAMS LAW, PLLC  
812 First St. S.  
Nampa, ID  83651  
*Attorney for Plaintiffs*

☒ : Email matt@willimslawoffice.net

Tyson C. Langhofer  
Michael R. Ross  
Matthew W. Hoffman  
ALLIANCE DEFENDING FREEDOM  
44180 Riverside Pkwy.  
Lansdowne, VA  20176  
*Attorneys for Plaintiffs*  
*Admitted Pro Hac Vice*

☒ : Email tlanghofer@ADFlegal.org  
☒ : Email mross@ADFlegal.org  
☒ : Email mhoffman@ADFlegal.org

/s/ *Nicky Hastings*  
Nicky Hastings

**DECLARATION OF LINDSAY EWAN - 5**