Katharine B. Brereton
Peter C. Erbland
Lake City Law Group PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
kbrereton@lclattorneys.com
perbland@lclattorneys.com
Telephone: (208) 664-8115
Facsimile: (208) 665-6338

*Counsel for Defendants*

Matthew C. Williams
ID Bar No. 6271
WILLIAMS LAW, PLLC
812 First St. S.
Nampa, ID 83651
Telephone: (208) 908-6066
matt@williamslawoffice.net

Tyson C. Langhofer*
VA Bar No. 95204
Michael R. Ross*
TN Bar No. 35304
Mathew W. Hoffmann*
DC Bar No. 1617417
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
tlanghofer@ADFlegal.org
mross@ADFlegal.org
mhoffmann@ADFlegal.org

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CENTRAL DIVISION

| | |
|---|---|
| PETER PERLOT, MARK MILLER, RYAN ALEXANDER, and RICHARD SEAMON,<br><br>Plaintiffs,<br><br>v.<br><br>C. SCOTT GREEN, President of the University of Idaho, BLAINE ECKLES, Dean of Students, ERIN AGIDIUS, Director of the Office of Civil Rights & Investigations, and LINDSAY EWAN, Deputy Director of the Office of Civil Rights and Investigations, all individually and all in their official capacities,<br><br>Defendants. | Case No. 3:22-cv-00183-DCN<br><br>Joint motion to treat Amended Verified Complaint [Dkt. 17] as operative pleading for motion for temporary restraining order and preliminary injunction [Dkt. 7] |

1

The parties jointly move this Court to consider the Verified Amended Complaint [Dkt. 17] as the operative pleading for the pending motion for temporary restraining order and preliminary injunction [Dkt. 7].

On May 17, 2022, Plaintiffs filed their Amended Verified Complaint adding Plaintiff Richard Seamon as a party. After the filing of the original complaint and the motion for temporary restraining order and preliminary injunction, Defendants issued a no-contact order against Plaintiff Seamon, prompting Plaintiffs to amend their complaint. *See* Amended Verified Complaint [Dkt. 17] ¶ 173. To retain the existing briefing schedule and hearing date, Plaintiffs have not added Plaintiff Seamon's claims to their motion for temporary restraining order and preliminary injunction [Dkt. 7] and do not intend to do so. Plaintiffs' motion relied on the facts in the original verified complaint, [Dkt. 7 at 3], and the operative facts and legal claims for purposes of the pending motion remain the same between the pleadings. *Compare, e.g.*, Amended Verified Complaint [Dkt. 17] ¶¶ 95–153, *with* Verified Complaint [Dkt. 1] ¶¶ 89–146.

When the legal claims remain the same and the facts do not substantially differ between pleadings, courts properly decide pending motions for preliminary injunction based on the amended pleading. *E.g.*, *Takiguchi v. MRI Int'l, Inc.*, 611 F. App'x 919, 921 (9th Cir. 2015) (rejecting argument that "district court improperly considered evidence that the plaintiffs submitted with their preliminary injunction reply brief and allegations pleaded for the first time in the Third Amended Complaint, which was filed after all of the preliminary injunction briefing"); *Richardson v. Trump*, 496 F. Supp. 3d 165, 176 n.14 (D.D.C. 2020) ("Although Plaintiffs filed their amended complaint after filing their motion for preliminary injunction and before Defendants filed their opposition, the Court finds it appropriate to refer to the factual allegations in the amended complaint."); *JBF Interlude 2009 Ltd. – Israel v. Quibi Holdings, LLC*, No. CV20-2299, 2020 WL 3963863, at *6 (C.D. Cal. July 13, 2020); *16 Front St.*

2

*LLC v. Miss. Silicon, LLC*, No. 1:14-CV-00183, 2015 WL 4665223, at *5 n.8 (N.D. Miss. July 30, 2015) ("Plaintiffs' filing of an amended complaint did not moot Plaintiffs' earlier motion for a preliminary injunction. It is widely recognized that, in general, a party should not be required to file a new motion simply because an amended pleading was introduced while their motion was pending. Instead, as long as the issues raised in the motion apply equally to the original and amended complaints, the court may simply consider the motion as being addressed to the amended pleading. To hold otherwise would be to exalt form over substance." (cleaned up)).

Therefore, the parties respectfully request that the Court treat the Amended Verified Complaint [Dkt. 17] as the operative pleading for purposes of the pending motion for temporary restraining order and preliminary injunction [Dkt. 7] and the May 25 hearing.

Respectfully submitted this 17th day of May, 2022.

| | |
|---|---|
| */s/ Katharine B. Brereton* | */s/ Mathew W. Hoffmann* |
| Katharine B. Brereton | Matthew C. Williams |
| Peter C. Erbland | ID Bar No. 6271 |
| Lake City Law Group PLLC | Williams Law, PLLC |
| 435 W. Hanley Avenue, Suite 101 | 812 First St. S. |
| Coeur d'Alene, ID 83815 | Nampa, ID 83651 |
| kbrereton@lclattorneys.com | Telephone: (208) 908-6066 |
| perbland@lclattorneys.com | matt@williamslawoffice.net |
| Telephone: (208) 664-8115 | |
| Facsimile: (208) 665-6338 | Tyson C. Langhofer* |
| | VA Bar No. 95204 |
| *Counsel for Defendants* | Michael R. Ross* |
| | TN Bar No. 35304 |
| | Mathew W. Hoffmann* |
| | DC Bar No. 1617417 |
| | ALLIANCE DEFENDING FREEDOM |
| | 44180 Riverside Pkwy |
| | Lansdowne, VA 20176 |
| | Telephone: (571) 707-4655 |
| | Facsimile: (571) 707-4790 |
| | tlanghofer@ADFlegal.org |
| | mross@ADFlegal.org |
| | mhoffmann@ADFlegal.org |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | *\*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certificate that on May 17, 2022, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

Katharine B. Brereton
Peter C. Erbland
Lake City Law Group PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
kbrereton@lclattorneys.com
perbland@lclattorneys.com
Telephone: (208) 664-8115
Facsimile: (208) 665-6338

*Counsel for Defendants*

Dated: May 17, 2022                    */s/ Mathew W. Hoffmann*
                                                              Mathew W. Hoffmann
                                                              *Counsel for Plaintiffs*