LAWRENCE G. WASDEN
Attorney General
State of Idaho
Office of the Attorney General

KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER PERLOT, MARK MILLER, and RYAN ALEXANDER,<br><br>Plaintiffs,<br><br>v.<br><br>C. SCOTT GREEN, President of the University of Idaho, BLAINE ECKLES, Dean of Students, ERIN AGIDIUS, Director of the Office of Civil Rights & Investigations, and LINDSAY EWAN, Deputy Director of the Office of Civil Rights and Investigations, all individually and all in their official capacities.<br><br>Defendants. | Case No. 3:22-cv-00183-DCN<br><br>**SUPPLEMENTAL DECLARATION OF LINDSAY EWAN** |

LINDSAY EWAN, being first duly sworn upon oath, deposes and states:

    1.    I am an adult citizen of the United States, am competent to testify to the matters stated herein, and make this declaration based on my own personal knowledge.

**SUPPLEMENTAL DECLARATION OF LINDSAY EWAN - 1**

2.      I am the Deputy Director of the University of Idaho's Office of Civil Rights and Investigations ("OCRI") and at all relevant times served in that capacity.

3.      As part of OCRI's review of various communications shared with the office stemming from the report made by Jane Doe, I reviewed an email sent by Miller on April 2, 2022, to Perlot, Alexander, other student members of CLS, and select faculty members.  This email was forwarded to other students and eventually forwarded to OCRI.  Jane Doe was aware of this email sent by Miller and she reported to me that CLS members had expressed their plan to continue to harass the LGBTQA community.  Attached hereto as Exhibit A is a true and correct copy of the email sent by Miller which was provided to OCRI.

4.      With respect to Jane Doe's report regarding the note Perlot left for her at her study carrel, Ms. Doe provided OCRI a copy of the note to OCRI.  OCRI considered this note along with other information when determining the propriety of issuing a mutual no-contact order.  Attached hereto as Exhibit B is a true and correct copy of the note written by Perlot to Jane Doe.

5.      I also spoke with other students who had knowledge of the events occurring at the Unity Event.  Not only did Jane Doe report to me that Miller and other members of CLS, including Perlot, made statements that homosexuality was a sin and sinners would go to hell unless they changed [their sexuality], but I received a report from one student and one faculty member who stated that members of CLS made the comment that sinners would "swing from the gallows of hell."  I also received reports from an additional three students and another faculty member confirmed these statements were made at the Unity Event.

I declare under penalty of perjury pursuant to the laws of the state of Idaho that the foregoing is true and correct.

//

**SUPPLEMENTAL DECLARATION OF LINDSAY EWAN - 2**

DATED this 24th day of May, 2022.

/s/ *Lindsay Ewan*
LINDSAY EWAN

**SUPPLEMENTAL DECLARATION OF LINDSAY EWAN - 3**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 24th day of May, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew C. Williams<br>WILLIAMS LAW, PLLC<br>812 First St. S.<br>Nampa, ID  83651<br>*Attorney for Plaintiffs* | ☒ : Email matt@willimslawoffice.net |
| Tyson C. Langhofer<br>Michael R. Ross<br>Matthew W. Hoffman<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy.<br>Lansdowne, VA  20176<br>*Attorneys for Plaintiffs*<br>*Admitted Pro Hac Vice* | ☒ : Email tlanghofer@ADFlegal.org<br>☒ : Email mross@ADFlegal.org<br>☒ : Email mhoffman@ADFlegal.org |

          /s/ *Nicky Hastings*
          Nicky Hastings

**SUPPLEMENTAL DECLARATION OF LINDSAY EWAN - 4**

# EXHIBIT A

**From:** ███████████████
**To:** ocri
**Subject:** Fw: yesterday
**Date:** Monday, April 4, 2022 12:23:26 PM

---

**From:** ███████████████
**Sent:** Saturday, April 2, 2022 4:50 PM
**To:** ███████████████
**Subject:** Fwd: yesterday

███████████████

---

**From:** ███████████████
**Sent:** Saturday, April 2, 2022 11:00:27 AM
**To:** ███████████████
**Subject:** Fwd: yesterday

██

---



**From:** Miller, Mark ███████████████
**Sent:** Saturday, April 2, 2022 11:03:50 AM
**To:** ███████████████
**Cc:** ███████████████ Seamon, Richard ███████████████ Perlot, Peter ███████████████ Alexander, Ryan ███████████████



**Subject:** Re: yesterday

All we have is our faith, my friends. Jesus + nothing = everything. Everything — Jesus = nothing.
Remember the words of our LORD, "if you belonged to the world, it would love you as its own. As it is, you do not belong to the world, but I have chosen you out of the world. That is why the world hates you." - John 15:19.
The sole reconciliation between us in the world and God—is our Savior, Jesus Christ. Thus, we should not think of ourselves as *better* than those still in the world. "For by grace you have been saved through faith. And this is not your own doing; it is the gift of God, not a result of works, so that no one may boast." - Ephesians 2:8-9.
Understand the meaning of the parable in Luke 18, when "the Pharisee stood by himself and prayed: 'God, I thank you that I am not like the other people—robbers, evildoers, adulterers—or even like this tax collector.'"
Know, brethren, that the only difference between the people I proclaimed a small part of the Gospel to yesterday and us in the faith is the Grace of God.
The Holy Spirit is convicting me to remember that I too was once in the flesh, "separated from Christ, alienated from the commonwealth of Israel and strangers to the covenants of promise, having no hope and without God in the world." - Ephesians 2:12.
I did not enjoy the pain in peoples' faces as they reacted to my words yesterday. I was doing my best to answer that lady's question in love and truth. Unfortunately, I still suffer from the consequences of sin and thus am fallible. I do stand by everything I said…
I know that "to everything, there is a season and a time for every purpose under heaven." – Ecclesiastes 3:1. If that ordeal was not an opportunity to share the Gospel, I do not know what is. When we

look at the evangelistic acts of the apostles, we see them first present Christ as Judge, then as Savior. **If we do not help people grasp *why* they need a Savior, then the role of the Savior is meaningless in their lives, and we are at risk of creating false converts.**

If you take my faith away from me, you have left me stranded in the wilderness, bare naked, starving, with zero points of reference, and with absolutely nothing. My friends have heard me say that I am prepared to defend the name of Christ straight to the guillotine—so also, I am to the dismay of a post-modern law school administration. "For I am not ashamed of the gospel, because it is the power of God that brings salvation to everyone who believes: first to the Jew, then to the Gentile." - Romans 1:16.

I did not speak for CLS as a group yesterday and am still unsure how that whole event transpired. I can only speak from the lips of man. Still, God has given us His word. And because God is incapable of lying (Titus 1:2), we know His word is infallible. If we make God into anything other than what He has revealed to us, then we have made God into our own image—simultaneously violating the first and second commandments. - Exodus 20:1-4.

The Word is clear as day: "Do you not know that the unrighteous will not inherit the kingdom of God? **Do not be deceived**. Neither fornicators, nor idolaters, nor adulterers, nor homosexuals, nor sodmoties, nor thieves, nor covetous, nor drunkards, nor revilers, nor extortioners will inherit the kingdom of God. And such were some of you. But you were washed, but you were sanctified, but you were justified in the name of the Lord Jesus and by the Spirit of our God." - 1 Corinthians 6:9-11; *also see* Hebrews 13:4; Revelation 21:8; Ephesians 5:5; Jude 1:7; Galatians 5:21; Colossians 3:5; Leviticus 20:13; *et. al.*

I only regret I did not say more, namely how I failed to better emphasize that, while God hates sin, and we *all* will be held accountable for our sins, **there is hope in the Blood of the Lamb—put your trust and faith in Jesus Christ.**

God works in mysterious ways and often uses our weaknesses for His glory. - 2 Corinthians 12:9. I feel called to capitalize on the possibility that God may have planted a seed in at least one person's heart yesterday. I will look for those persons' faces throughout the next few weeks and for any opportunity to show them a better example of the love that God has revealed to me. I do not expect this to be well-received. Remember again the words of our LORD, "woe to you when all men speak well of you, for their fathers treated the false prophets in the same way." - Luke 6:26.

I am so grateful for our community at this law school and our shared faith in Most High God. I felt it appropriate to elaborate on where I was coming from yesterday…

I love you all, and I thank God for our kinship in His Kingdom.
In Christ,
Mark J Miller

# EXHIBIT B

