LAWRENCE G. WASDEN
Attorney General
State of Idaho
Office of the Attorney General

KATHARINE B. BRERETON, ISBA #9583
kbrereton@lclattorneys.com
PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendants*

Matthew C. Williams
ID Bar No. 6271
WILLIAMS LAW, PLLC
812 First St. S.
Nampa, ID 83651
Telephone: (208) 908-6066
matt@williamslawoffice.net

Tyson C. Langhofer, VA Bar No. 95204
Mathew W. Hoffmann, DC Bar No. 1617417
Greggory R. Walters, AZ Bar No. 36590
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
mross@ADFlegal.org
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org
gwalters@ADFlegal.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER PERLOT, MARK MILLER, RYAN ALEXANDER, and RICHARD SEAMON,<br><br>Plaintiffs,<br><br>v.<br><br>C. SCOTT GREEN, President of the University of Idaho, BLAINE ECKLES, Dean of Students, ERIN AGIDIUS, Director of the Office of Civil Rights & Investigations, and LINDSAY EWAN, Deputy Director of the Office of Civil Rights and Investigations, all individually and all in their official capacities.<br><br>Defendants. | Case No. 3:22-cv-00183-DCN<br><br>**STIPULATION FOR ORDER SEALING EXHIBITS 21, 22, AND 23 OF THE AMENDED COMPLAINT (DKT 17)** |

**STIPULATION FOR ORDER SEALING EXHIBITS 21, 22, AND 23
OF THE AMENDED COMPLAINT (DKT 17)**                                                                                      **- 1**

Plaintiffs Peter Perlot, Mark Miller, Ryan Alexander, and Richard Seamon, by and through their attorneys of record, and Defendants C. Scott Green, Blaine Eckles, Erin Agidius, and Lindsay Ewan, by and through their attorneys of record, hereby enter into a stipulation for an order sealing exhibits 21, 22, and 23 of the Amended Complaint. The parties dispute whether the exhibits constitute "education records" under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g. See Dkt. 35, 36. The parties, however, stipulate to the exhibits' sealing to resolve their dispute without judicial intervention.

DATED this 16th day of November, 2022.


| | |
|---|---|
| LAKE CITY LAW GROUP PLLC | ALLIANCE DEFENDING FREEDOM |
| | |
| / s / *Peter C. Erbland* | /s/Greggory R. Walters |
| PETER C. ERBLAND | GREGGORY R. WALTERS |
| *Attorneys for Defendants* | *Attorney for Plaintiffs* |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 16th day of November, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*Attorneys for Plaintiffs*

| | |
|---|---|
| Matthew C. Williams<br>WILLIAMS LAW, PLLC<br>812 First St. S.<br>Nampa, ID  83651 | ☒ : Email matt@willimslawoffice.net |
| Tyson C. Langhofer<br>Michael R. Ross<br>Matthew W. Hoffmann<br>Greggory R. Walters<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy.<br>Lansdowne, VA  20176<br>*Attorneys for Plaintiffs*<br>*Admitted Pro Hac Vice* | ☒ : Email tlanghofer@ADFlegal.org<br>☒ : Email mross@ADFlegal.org<br>☒ : Email mhoffmann@ADFlegal.org<br>☒ : Email gwalters@ADFlegal.org |

/s/ *Nicky Hastings*
Nicky Hastings

**STIPULATION FOR ORDER SEALING EXHIBITS 21, 22, AND 23
OF THE AMENDED COMPLAINT (DKT 17)**    **- 3**