Matthew C. Williams
ID Bar No. 6271
WILLIAMS LAW, PLLC
812 First St. S.
Nampa, ID 83651
Telephone: (208) 908-6066
matt@williamslawoffice.net

Tyson C. Langhofer, VA #95204*
Greggory R. Walters, AZ #36590*
Mathew W. Hoffmann, D.C. #1617417*
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
tlanghofer@ADFlegal.org
gwalters@ADFlegal.org
mhoffmann@ADFlegal.org

*Attorneys for Plaintiffs*

\*Admitted pro hac vice

Lawrence G. Wasden
Attorney General
State of Idaho
OFFICE OF THE ATTORNEY GENERAL

Katharine B. Brereton, ISBA #9583
Peter C. Erbland, ISBA #2456
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338
kbrereton@lclattorneys.com
perbland@lclattorneys.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CENTRAL DIVISION

| | |
|---|---|
| PETER PERLOT, MARK MILLER, RYAN ALEXANDER, and RICHARD SEAMON,<br><br>*Plaintiffs,*<br><br>v.<br><br>C. SCOTT GREEN, President of the University of Idaho, BLAINE ECKLES, Dean of Students, ERIN AGIDIUS, Director of the Office of Civil Rights & Investigations, and LINDSAY EWAN, Deputy Director of the Office of Civil Rights and Investigations, all individually and all in their official capacities,<br><br>*Defendants.* | Civil Case No. 3:22-cv-00183-DCN<br><br>**PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Peter Perlot, Mark Miller, Ryan Alexander, and Richard Seamon dismiss the captioned lawsuit with prejudice with each party bearing his or her own costs and attorneys' fees.

Submitted this 2nd Day of December, 2022.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ *Greggory R. Walters* <br> Greggory R. Walters | /s/ *Katharine B. Brereton* <br> Katharine B. Brereton |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to these attorneys of record:

Katharine B. Brereton
Peter C. Erbland
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
kbrereton@lclattorneys.com
perbland@lclattorneys.com

/s/ *Greggory R. Walters*
Greggory R. Walters